UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

BRENT CANTRELL,                          )
                                         )
              Petitioner,                )
v.                                       )          Nos. 4:02-cv-53 / 4:00-cr-08
                                         )          *Edgar*
UNITED STATES OF AMERICA,                )
                                         )
              Respondent.                )

## JUDGMENT ORDER

In accordance with the accompanying memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED,** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous

SO ORDERED.

ENTER this *17th day of June, 2005*.

_____
*/s/ R. Allan Edgar*
R. ALLAN EDGAR
CHIEF UNITED STATES DISTRICT JUDGE